A. C. DUTTON LUMBER CORPORATION, as Owner of THE Barge DUTTON NO. 6, Libelant-Appellee, v. THE Tug DAUNTLESS NO. 7, Dauntless Towing Line, Inc., Claimant-Respondent-Appellant.

STANDARD MARINE INSURANCE CO., Ltd., Libelant-Appellee, v. THE Tug DAUNTLESS NO. 7, Dauntless Towing Line, Inc., Claimant-Respondent-Appellant. (Consolidated Actions.)

No. 268.

Circuit Court of Appeals, Second Circuit.
March 16, 1936.

Lynch & Hagen, of New York City (Charles W. Hagen and Henry C. Eidenbach, both of New York City, of counsel), for appellant Dauntless Towing Line, Inc.

Purdy & Purdy, of New York City (John E. Purdy and Edmund F. Lamb, both of New York City, of counsel), for appellee A. C. Dutton Lumber Corporation.

Otto & Easterday, of New York City (Henry E. Otto and Samuel C. Otto, both of New York City, of counsel), for appellee Standard Marine Ins. Co.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decree (9 F.Supp. 233) affirmed.

Martin C. ANSORGE, as Receiver, etc., Plaintiff-Appellant, v. WESTCHESTER COUNTY, Defendant-Appellee.

No. 290.

Circuit Court of Appeals, Second Circuit.
March 11, 1936.

Compton, Dillon & Clark, of New York City (Murray L. Halpern and Frank J. Dillon, both of New York City, of counsel), for appellant.

William A. Davidson, of Port Chester, N. Y.[1] (Frank J. Claydon, of Mt. Vernon, N. Y., of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.
Judgment affirmed in open court.